UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

RECEIVED
AUG 0 4 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Donnell D. Simmons

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas J. Dart D.O.C.
Cook County Jail
Sheriff

14-cv-6001
Judge Milton I. Shadur
Magistrate Judge Michael T. Mason

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: DONNELL D. SIMMONS

B. List all aliases: NA

C. Prisoner identification number: 20120912113

D. Place of present confinement: COOK COUNTY JAIL D.O.C

E. Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: THOMAS J. DART

Title: SHERIFF of Cook County

Place of Employment: 704 RICHARD J. DALEY CENTER
ChICAGO IL, 60602

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In essence to the incaration here at cook County JAIL in (3 ANNEX HOUSE) on September 11, 2012. 3 ANNEX WAS CONDEMN (UNFIT FOR LIVING) I don't think it's up to LIVING STANDARDS. THIS can't be up Regular LIVING Code. There were no hot water, toilets leaking bugs everywhere and so much mold you can smell it in the air. It was all over the shower walls ceiling and in the concrete of the floors of the bathroom. Most of the time the shower button sticks and the condensation settle on the ceiling and makes the bathroom floor sweat. The condensation drips all on you while your trying to shower or when your using the bathroom and that' really disgusting! In the living erea's their' rustwater coming up from the tiles on the floor that really bring out the water bugs that are very big bugs. It get's worst every day and to make it even badder the ventalation is truly stinks. When it's 40 or 45 outside there's no heat on in the building it's truly uncomfortable. There are 48 inmates on A House and if the fire department or the feds come to this place they would shut down CCDOC for shore. The only thing I can

Revised 9/2007

seems obvious that a large AMOUNT ($) should be awarded Undoubtly life in (A House) such conditions are unpleasant and truly regrettable it should be Restricted and is harsh to human. But those are the crimiral offenders punshiment we pay for our offenses against society and not even found guilty of a crime

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Say is this place is very (INHUMAN) to be the COUNTY JAIL. For this reason you could conclude that the conditions here CCDOC has violate the EIGHTH Amendment ACCORDINGLY the JUDGEMENT of the district court is in light of these circumstances. You can conclude that the unnecessary PAIN and suffering, health is in danger it

OVER→

**VI.** The plaintiff demands that the case be tried by a jury.  ☐ YES  ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this JULY day of 24, 2014

_Donnell D. Simmons_
(Signature of plaintiff or plaintiffs)

DONNELL D. SIMMONS
(Print name)

2012
(I.D. Number)

Cook County Jail D.O.C.
P.O. Box 089002
Chicago IL, 60608
(Address)

6

Revised 9/2007